## GRIFFIN v. STATE.
### No. 21012.

Court of Criminal Appeals of Texas.
April 10, 1940.

R. F. Peden, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the unlawful sale of marijuana; punishment, two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review. All matters of procedure appearing regular, the judgment is affirmed.